# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**Matthew L. Thompson**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

October 6, 2017

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO  Yakima

The Honorable Rosanna Malouf Peterson
United States District Judge
Thomas S. Foley U.S. Courthouse
PO Box 1493
Spokane, Washington 99210

                                           **RE: QUIROZ, Jacqueline**
                                           **Docket No: 1:14-cr-02084-RMP-2**
                                           **REQUEST FOR OUT OF COUNTRY**
                                           **TRAVEL**

Your Honor:

Ms. Quiroz is requesting permission to travel to ███████ Mexico, to visit her grandmother who is ill. She plans to stay ███████



Ms. Quiroz was sentenced by Your Honor on June 18, 2015, for Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. § 841(a)(1) & (b)(1). She received 30 months imprisonment followed by 3 years supervised release. She began her term of supervised release on January 3, 2017. Since the start of supervised release, Ms. Quiroz has been in compliance with her supervision including paying her special penalty assessment of $100 in full. Ms. Quiroz is currently employed ███████

Based on the above-noted information, this officer respectfully recommends Ms. Quiroz's request of travel to Mexico, be granted.

                                        Respectfully submitted,

                                        Matthew L. Thompson
                                        Chief U.S. Probation Officer

                             By:  s/Linda Leavitt          10/06/2017
                                        Linda Leavitt              Date
                                        U.S. Probation Officer

APPROVED BY:

s/Jose Vargas          10/06/2017
Jose Vargas             Date
Supervisory U.S. Probation Officer

---

### ORDER OF THE COURT:

**Approved**   X                   **Disapproved** _____

10/6/2017                                                                                                                                          
**Date**                                                           The Honorable Rosanna Malouf Peterson
                                                             U.S. District Judge