# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 08, 2018

SEAN F. McAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender: Jacqueline Quiroz
Name of Supervising Judicial Officer: Linda Leavitt
Docket No: 1:14CR02084-RMP-2

### PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county. The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Jacqueline Quiroz to travel out of the country.

Respectfully submitted by,

s/Linda J. Leavitt                    05/08/2018
_____
Linda J. Leavitt                          Date
U.S. Probation Officer

### THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X] **Approves travel request**
[ ] **Denies travel request**
[ ] **Other**

_____
Signature of Judicial Officer

5/8/2018
_____
Date